JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPAYKA LOGISTICS, INC., a California Corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>               Defendants. | Case No. 2:23-cv-02191-SPG-AFM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE [ECF No. 10]** |

On April 18, 2023, the Parties filed a stipulation to submit this action, in its entirety, to arbitration and stay the action in this Court pending the outcome.

The Court, having considered the Parties' stipulation, and finding good cause therefor, hereby GRANTS IN PART the stipulation and ORDERS as follows:

1. The parties shall submit this action to binding non-judicial arbitration;
2. The arbitration shall be conducted through the American Arbitration Association; and

3. The court declines to retain jurisdiction over the matter and dismisses the action without prejudice.[1]

**IT IS SO ORDERED.**

Dated: May 2, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

---

[1] Section 3 of the Federal Arbitration Act provides that, where a dispute is subject to arbitration, the district court shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement. *See* 9 U.S.C. § 3. However, the Ninth Circuit holds that district courts have discretion to dismiss the action if all of the claims before the court are arbitrable. *Forrest v. Spizzirri*, 62 F.4th 1201, 1203 (9th Cir. 2023). Here, the parties have stipulated to arbitrating all of plaintiff's claims. Under the circumstances and in accordance with Ninth Circuit authority, the Court exercises its discretion to dismiss the action, without prejudice, rather than retain jurisdiction pending the outcome of the arbitration. *See id.* at 1204–06.